IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**SERGIO SEBASTIAN GONZALEZ**     **PETITIONER**

**v.**     **No. 3:19CV181-NBB-RP**

**WARDEN JESSIE WILLIAMS, ET AL.**     **RESPONDENTS**

## ORDER DISMISSING CASE FOR FAILURE
## TO PAY THE FILING FEE

On November 20, 2019, the court denied the petitioner's motion to proceed as a pauper and set a deadline of December 11, 2019, to pay the filing fee in this case. The court cautioned the petitioner that "[f]ailure to do so will result in the dismissal of this case." Doc. 7. The petitioner has not paid the filing fee, and the deadline has expired. As such, the instant case is **DISMISSED** without prejudice for failure to pay the filing fee.

**SO ORDERED**, this, the 18th day of May, 2020.

                                                            /s/ Neal Biggers
                                                            NEAL B. BIGGERS
                                                            SENIOR U. S. DISTRICT JUDGE